1  PHILLIP A. TALBERT
   Acting United States Attorney
2  JEFFREY A. SPIVAK
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   JANELLE A. DI MINO
5  Certified Student
   2500 Tulare Street, Suite 4401
6  Fresno, California 93721
   Telephone: (559) 497-4000
7

8  Attorneys for Plaintiff

9

10                     UNITED STATES DISTRICT COURT

11                     EASTERN DISTRICT OF CALIFORNIA

12

13 | UNITED STATES OF AMERICA,      | Case No. 1:21-po-00176-SAB |
14 |           Plaintiff,           |                            |
15 | v.                             | MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |
16 | GABRIELA SANCHEZ               |                            |
17 |           Defendant.           |                            |

18

19

20     The United States of America, by and through Phillip A. Talbert, Acting United States Attorney,

21 and Jeffrey A. Spivak, Assistance United States Attorney, pursuant to Rule 48(a) of the Federal Rules of

22 Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice.

23
   DATED: August 20, 2021                    Respectfully submitted,
24
                                             PHILLIP A. TALBERT
25                                           Acting United States Attorney

26                                    By:    /s/ Jeffrey A. Spivak
                                             JEFFREY A. SPIVAK
27                                           Assistant U.S. Attorney

28

                                             1

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice.

IT IS SO ORDERED.

Dated: **August 20, 2021**

UNITED STATES MAGISTRATE JUDGE